No. 108. IDENTIFICATION DEVICES, INC. *v.* UNITED STATES. October 13, 1941. The motion to proceed on typewritten papers is granted. The petition for writ of certiorari to the Court of Appeals for the District of Columbia is denied. *James M. Rulong, pro se.*

No. 239. OSLAND *v.* STAR FISH & OYSTER CO. October 13, 1941. The motion to proceed on typewritten papers is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Mr. Alex T. Howard* for petitioner. *Messrs. Palmer Pillans* and *Alexis T. Gresham* for respondent.

No. 295. WEBER, PRESIDENT OF THE AMERICAN FEDERATION OF MUSICIANS, ET AL. *v.* OPERA ON TOUR, INC. October 13, 1941. It does not appear from the record that the federal question presented by the petition was necessarily decided by the Court of Appeals. The petition for writ of certiorari to the Court of Appeals of New York is denied. *Lynch* v. *New York ex rel. Pierson,* 293 U. S. 52; *Honeyman* v. *Hanan,* 300 U. S. 14, 18. *Mr. William Macy* for petitioners. *Mr. Jack Lewis Kraus, II,* for respondent.